*UNITED STATES BANKRUPTCY COURT*
*SOUTHERN DISTRICT OF NEW YORK*
-----------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/8/2026__

*In Re:*
J.P.R. Mechanical Inc.
-----------------------------------------------------X

Marianne T. O'Toole
        Plaintiff
    **v.**

Radium2 Capital, LLC
        Defendant
-----------------------------------------------------X

**ORDER OF DISMISSAL**
**FOR**
**FAILURE TO PROSECUTE**
**BANKRUPTCY APPEAL**

25-CV-8334 NSR

FROM:  VITO GENNA, CLERK
        UNITED STATES BANKRUPTCY COURT
        SOUTHERN DISTRICT OF NEW YORK

TO:     TAMMI M. HELLWIG, CLERK
        UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF NEW YORK

IN RE: J.P.R. Mechanical Inc.          BANKRUPTCY CASE: **21-7082A (DSJ)**
DATE OF FILING NOTICE OF APPEAL: 06/13/2025

The above- referenced case is forwarded to District Court for possible dismissal. Petitioner has failed file the Designation of Items to be Included in the Record as required by:

    _X_  FRBP 8009
    ___ Federal Rules of Civil Procedure (Rule _____)
    ___ 28 U.S.C. 1930 (9), (16)- the requirement to pay a filing fee
    ___ Rule 8009-1 from the Local Rules for The United States Bankruptcy Court Southern District of New York.

Dated:  **April 7, 2026**                   Vito Genna, Clerk
        New York, New York            U.S. Bankruptcy Court, SDNY

Internal Control #: 49               By: _____/s/ Anatin Rouzeau_____
                                 Deputy Clerk

### *ORDER*

 For the reason(s) set forth above, the appeal is deemed abandoned, and **IT IS THEREFORE ORDERED** that the appeal in the above-entitled action is hereby **DISMISSED.**

Dated __April 8_____ 20_26_
       New York, New York

SO ORDERED:
_____
NELSON S. ROMÁN
United States District Judge

I hereby certify that I have this day forwarded a copy of this order to the Clerk of the Bankruptcy Court for the Southern District of New York.

District Court Document # _____        Tammi M. Hellwig, Clerk
                                    District Court, SDNY

                                  By: _____
                                      Deputy Clerk